IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:14-mj-1160 WW

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | DEFENDANT'S MOTION TO CONTINUE (18 USC 3161 (h)(8)) |
| Carlos Velazquez, Defendant. | |

Pursuant to 18 U.S.C 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. <u>Defendant needs additional time to retain attorney</u>.

2. This is the <u>4th</u> continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does or does not object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 8:30 a.m. on the <u>June 1, 2016</u> court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on :May 10, 2016.

_____
Defendant or Attorney for Defendant

**INITIAL DOCKET:**_____

The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reasons:

[ ] Failure to do would likely result in a **miscarriage of justice**.
[ ] The **unusual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.
[ ] Failure to do so would deny the Defendant reasonable **time to obtain counsel**;
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel**;
[ ] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation**, taking into account the exercise of due diligence.

Accordingly the continuance is ALLOWED. The intervening time from _____ to _____ is excluded from speedy trial computation under 18 USC 3161.

_____
Date

_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-mj-1160 WW

UNITED STATES OF AMERICA

v.  CERTIFICATE OF SERVICE

Carlos Velazquez,
          Defendant.

The undersigned certifies that he has served a copy of the foregoing Motion upon the United States of America, by and through the Attorney for the United States by electronic delivery or by delivery of a copy to an employee or agent of the office of the United States Attorney.

Dated: May 10, 2016.

          ADAMS, BURGE & BOUGHMAN
          Attorneys for Defendant

By: _____
          Glenn B. Adams
          Post Office Box 190
          Fayetteville, NC 28302
          (910) 223-1400

F:\USERS\NVM\Federal Court\CERTIFICATE OF SERVICE.wpd